JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Betty E. Galvan, aka<br>Betty Galvan-Silvas,<br><br>Defendant | No. CV 11-**3504**<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Betty E. Galvan, aka Betty Galvan-Silvas, in the principal amount of $1,781.23 plus interest accrued to March 9, 2011, in the sum of $2,488.23; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$4,269.46**.

DATED: April 29, 2011        By: _____Terry Nafisi_____
                                        Clerk of the Court

                                        _____A. Martinez_____
                                        Deputy Clerk
                                        United States District Court